March 15, 2019

**NORTON ROSE FULBRIGHT**

Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
United States

Clerk of the Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Direct line +1 713 651 5507
steve.dillard@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246
nortonrosefulbright.com

<u>Motion for Refund of Fees Paid Electronically</u>

Dear Clerk:

On March 14, 2019, Pacer experienced technical problems resulting in me being charged for Pro Hac Admission fees pertaining to motions that were never accepted for filing through the Court's electronic filing system.  Pacer wouldn't accept the fee payments online and sent an error message each time stating "cannot access court configuration data".

My assistant contacted Pacer about the problem who advised that they were having technical problems and to give them time to correct the problem.  My assistant also emailed Frank F. Daley about the error and requested that the payments be cancelled.  August Marzillano responded by email advising that this letter motion is required for reimbursement of fees paid electronically.

Accordingly, please refund the three payments in the amount of $150.00 each to my credit card on file.  Attached are the three payment receipts to be refunded, in addition to the three Motions that were filed today.

If you should require anything further, please contact me or my assistant Barbara Cooper at 713-651-5280; or Barbara.cooper@nortonrosefulbright.com.

Thank you for your attention in this matter.

Very truly yours,

Stephen C. Dillard

Encls.

74214419.1

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

## Cooper, Barbara

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, March 14, 2019 3:31 PM |
| **To:** | Cooper, Barbara |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

   Account Number: 5709616
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $150.00
   Tracking Id: BNYEDC-11288071
   Approval Code: 167110
   Card Number: ************2008
   Date/Time: 03/14/2019 04:16:37 ET

NOTE: This is an automated message. Please do not reply

1

Cooper, Barbara
_____

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, March 14, 2019 3:38 PM |
| **To:** | Cooper, Barbara |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

   Account Number: 5709616
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $150.00
   Tracking Id: ANYEDC-11288152
   Approval Code: 183242
   Card Number: ************2008
   Date/Time: 03/14/2019 04:22:56 ET


NOTE: This is an automated message. Please do not reply

1

## Cooper, Barbara

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, March 14, 2019 3:58 PM |
| **To:** | Cooper, Barbara |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

  Account Number: 5709616
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $150.00
  Tracking Id: ANYEDC-11288071
  Approval Code: 127775
  Card Number: ************2008
  Date/Time: 03/14/2019 04:14:29 ET

NOTE: This is an automated message. Please do not reply



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARDEN CITY PARK WATER DISTRICT, | Case No. 18-cv-7277 |
| Plaintiff | |
| -against- | NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY, | |
| Defendants. | |

TO: Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the certificate of Good Standing annexed thereto that I, Stephen C. Dillard, will move this Honorable Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order allowing the admission of movant, a member of the firm of Norton Rose Fulbright US LLP and a member in good standing of the Bar of the State of Texas, as attorney *pro hac vice* as counsel for Defendant Vulcan Materials Company. There are no pending disciplinary proceedings against me in any state or federal court.

74210311.1

March 14, 2019.                                  Respectfully Submitted,

                                                 NORTON ROSE FULBRIGHT US LLP


                                                 /s/ Stephen C. Dillard
                                                 Stephen C. Dillard
                                                 NORTON ROSE FULBRIGHT US LLP
                                                 1301 McKinney, Suite 5100
                                                 Houston, Texas 77010
                                                 Phone: (713) 651-5151
                                                 Fax: (713) 651-5246
                                                 Steve.dillard@nortonrosefulbright.com

                                                 **ATTORNEY FOR VULCAN MATERIALS COMPANY**

74210311.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARDEN CITY PARK WATER DISTRICT,<br><br>Plaintiff<br><br>-against-<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>Defendants. | Case No. 18-cv-7277<br><br><br>**AFFIDAVIT OF STEPHEN C. DILLARD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Stephen C. Dillard, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Norton Rose Fulbright US LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any Court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case no. 18-cv-7277 for Defendant Vulcan Materials Company.

March 14, 2019

/s/ Stephen C. Dillard
Stephen C. Dillard
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Phone: (713) 651-5151
Fax: (713) 651-5246
Steve.dillard@nortonrosefulbright.com

**ATTORNEY FOR VULCAN MATERIALS COMPANY**

This instrument was acknowledged before me on this the 14th day of March, 2019.



BARBARA L COOPER
My Commission Expires
April 13, 2019

/s/ Barbara L. Cooper
NOTARY PUBLIC, STATE OF TEXAS

My Commission expires:

4-13-2019

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

Stephen C. Dillard

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 20th day of September, 1971.

I further certify that the records of this office show that, as of this date

Stephen C. Dillard

is presently enrolled with the State Bar of Texas as an active member in good standing.



IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of March, 2019.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 9582C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERICHO WATER DISTRICT,<br><br>Plaintiff<br><br>-against-<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>Defendants. | Case No. 18-cv-07281<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

TO: Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the certificate of Good Standing annexed thereto that I, Stephen C. Dillard, will move this Honorable Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order allowing the admission of movant, a member of the firm of Norton Rose Fulbright US LLP and a member in good standing of the Bar of the State of Texas, as attorney *pro hac vice* as counsel for Defendant Vulcan Materials Company. There are no pending disciplinary proceedings against me in any state or federal court.

74210753.1

March 14, 2019.                                   Respectfully Submitted,

                                                  NORTON ROSE FULBRIGHT US LLP

                                                  <u>/s/ Stephen C. Dillard</u>
                                                  Stephen C. Dillard
                                                  NORTON ROSE FULBRIGHT US LLP
                                                  1301 McKinney, Suite 5100
                                                  Houston, Texas 77010
                                                  Phone: (713) 651-5151
                                                  Fax: (713) 651-5246
                                                  Steve.dillard@nortonrosefulbright.com

                                                  **ATTORNEY FOR VULCAN MATERIALS COMPANY**

74210753.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERICHO WATER DISTRICT,<br><br>Plaintiff<br><br>-against-<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>Defendants. | Case No. 18-cv-07281<br><br>**AFFIDAVIT OF STEPHEN C. DILLARD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Stephen C. Dillard, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Norton Rose Fulbright US LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any Court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case no. 18-cv-07281 for Defendant Vulcan Materials Company.

March 14, 2019.

Stephen C. Dillard
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Phone: (713) 651-5151
Fax: (713) 651-5246
Steve.dillard@nortonrosefulbright.com

**ATTORNEY FOR VULCAN MATERIALS COMPANY**

This instrument was acknowledged before me on this the 14th day of March, 2019.


BARBARA L COOPER
My Commission Expires
April 13, 2019

NOTARY PUBLIC, STATE OF TEXAS

My Commission expires:

4-13-2019.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

Stephen C. Dillard

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 20th day of September, 1971.

I further certify that the records of this office show that, as of this date

Stephen C. Dillard

is presently enrolled with the State Bar of Texas as an active member in good standing.



IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of March, 2019.

BLAKE HAWTHORNE, Clerk

Blake A. Hawthorne

Clerk, Supreme Court of Texas

No. 9582C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORT WASHINGTON WATER DISTRICT,<br><br>Plaintiff<br><br>-against-<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>Defendants. | Case No. 18-cv-07266<br><br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

TO: Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the certificate of Good Standing annexed thereto that I, Stephen C. Dillard, will move this Honorable Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order allowing the admission of movant, a member of the firm of Norton Rose Fulbright US LLP and a member in good standing of the Bar of the State of Texas, as attorney *pro hac vice* as counsel for Defendant Vulcan Materials Company. There are no pending disciplinary proceedings against me in any state or federal court.

74210790.1

March 14, 2019.                              Respectfully Submitted,

                                                                   NORTON ROSE FULBRIGHT US LLP

                                                                   /s/ Stephen C. Dillard
                                                                  Stephen C. Dillard
                                                                  NORTON ROSE FULBRIGHT US LLP
                                                                  1301 McKinney, Suite 5100
                                                                  Houston, Texas 77010
                                                                  Phone: (713) 651-5151
                                                                  Fax: (713) 651-5246
                                                                  Steve.dillard@nortonrosefulbright.com

                                                                **ATTORNEY FOR VULCAN MATERIALS COMPANY**

74210790.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORT WASHINGTON WATER DISTRICT,<br><br>Plaintiff<br><br>-against-<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>Defendants. | Case No. 18-cv-07266<br><br>**AFFIDAVIT OF STEPHEN C. DILLARD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Stephen C. Dillard, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Norton Rose Fulbright US LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any Court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case no. 18-cv-07266 for Defendant Vulcan Materials Company.

March 14 2019.

_____
Stephen C. Dillard
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Phone: (713) 651-5151
Fax: (713) 651-5246
Steve.dillard@nortonrosefulbright.com

**ATTORNEY FOR VULCAN MATERIALS COMPANY**

This instrument was acknowledged before me on this the 14th day of March, 2019.

[Notary Seal: BARBARA L COOPER, My Commission Expires April 13, 2019, STATE OF TEXAS]

_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission expires:

4-13-2019

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

Stephen C. Dillard

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 20th day of September, 1971.

I further certify that the records of this office show that, as of this date

Stephen C. Dillard

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of March, 2019.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 9582C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.